UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORMAN EUGENE FITZGERALD,

    Defendant.

Case: 4:21-cr-20336
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 05-19-2021
SEALED MATTER (tt)

**INDICTMENT**

FILED
MAY 19 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES**:

### COUNT ONE
**Distribution of Methamphetamine**
**(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(viii))**

On or about March 1, 2021, in the Eastern District of Michigan, Norman Fitzgerald knowingly distributed 50 or more grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(viii).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated:   May 19, 2021                               s/GRAND JURY FOREPERSON

SAIMA MOHSIN
Acting United States Attorney

s/TIMOTHY M. TURKELSON                  s/ANTHONY P. VANCE
TIMOTHY M. TURKELSON (P53748)           ANTHONY P. VANCE (P61148)
Assistant United States Attorney        Assistant United States Attorney
600 Church, Suite 210                   Chief, Branch Offices
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|
| | | Case: 4:21-cr-20336<br>Judge: Leitman, Matthew F.<br>MJ: Ivy, Curtis<br>Filed: 05-19-2021<br>SEALED MATTER (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp[lete]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☑ No | AUSA's Initials: TT |

Case Title: USA v. NORMAN EUGENE FITZGERALD

County where offense occurred: GENESEE

Check One:  ☑ Felony     ☐ Misdemeanor     ☐ Petty

    X Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____     Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 19, 2021
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013